# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Case No: | 18-04903 |
| Tara Galloway | ) | | |
| Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Hon. Deborah L. Thorne |

## NOTICE OF MOTION

**To:** 1. Tara Galloway, 14601 S Princeton Ave, Dolton, IL 60419
2. Marilyn O. Marshall, Trustee, 224 S. Michigan Ave. #800, Chicago, IL, 60604
3. Office of the US Trustee, Dirksen Federal Court House, 219 South Dearborn St, Room 873, Chicago, IL 60604
See attached list of all creditors

**PLEASE TAKE NOTICE** that on **February 23rd, 2022 at 9:30am,** I shall appear before the Honorable Judge Deborah L. Thorne to present the attached MOTION TO COMPEL THE CLERK TO ENTER DISCHARGE.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:
**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password. **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-8287666. Then enter the meeting ID and password.
**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 - no password required. The meeting ID and further information can also be found on the judge's page on the court's web site.
**If you object to this motion and want it called on the presentment date above,** you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**By:**   \_\_/s/ Charles F. Kinzer\_\_\_
Charles F. Kinzer

## CERTIFICATE OF SERVICE

I, Charles F. Kinzer, an attorney, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be served electronically through the Court's ECF system, or to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, before the hour of 5:30 p.m., on February 15, 2022.

**By:**   \_\_/s/ Charles F. Kinzer\_\_\_
Charles F. Kinzer

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960

America's Financial Choice
Bankruptcy Department
570 W. Roosevelt Rd.
Chicago IL 60607

American Hartland

1402 173rd St
Hammond IN 46324

Capital One
Bankruptcy Department
PO Box 30285
Salt Lake City UT 84130

City of Calumet City
Office of Traffic Compl. Admin
204 Pulaski Rd.
Calumet City IL 60409

City of Chicago Bureau Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle St
Room 107
Chicago IL 60602

Arnold Scott Harris PC
Bankruptcy Dept.
111 W Jackson Blvd Ste 600
Chicago IL 60604

Linebarger Goggan Blair &
Bankruptcy Dept.
PO Box 06140
Chicago IL 60606

Clerk, Sixth Mun Div

16501 S. Kedzie
Markham IL 60426

Commonwealth Edison
Attn: System Credit/BK Dept
3 Lincoln Center 4th Floor
Oakbrook Terrace IL 60181

Credit Acceptance
Bankruptcy Dept.
4590 East Broad Street
Columbus OH 43213

Credit Acceptance
Attn: Bankruptcy Dept.
Po Box 513
Southfield MI 48037

First Premier BANK
Attn: Bankruptcy Dept.
601 S Minnesota Ave
Sioux Falls SD 57104

IDES
Bankruptcy Department
33 S. State Street
8th Floor
Chicago IL 60603

Ingalls Memorial Hospital
Bankruptcy Department
1 Ingalls Drive
Harvey IL 60426

Kimberly Polk

14601 Princeton Ave
Dolton IL 60419

Ledford Wu and Borges

105 W Madison 23rd Fl
Chicago IL 60602

NIPSCO
Bankruptcy Department
PO Box 13007
Merrillville IN 46411

Quantum3 Group
Bankrputcy Department
PO Box 788
Kirkland WA 98083

Secretary of State
Attn: Safety & Financial Resp
2701 S. Dirksen Pkwy.
Springfield IL 62723

Speedy CASH 123
C/O AD Astra Recovery SERV
7330 W 33Rd St N Ste 118
Wichita KS 67205

National Registered Agentys Inc.
Attn: Bankruptcy Department
208 S LaSalle St, Ste. 814
Chicago IL 60604

Sprint
Bankruptcy Dept.
PO Box 7949
Overland Park KS 66207

Stahulak Associates

53 W Jackson Blvd Ste 652
Chicago IL 60604

T-Mobile
Bankruptcy Department
PO Box 742596
Cincinnati OH 45274-2596

U S DEPT OF ED/GSL/ATL
Attn: Bankruptcy Dept.
Po Box 4222
Iowa City IA 52244

Verizon Wireless
Attn: Bankruptcy Dept.
Po Box 650051
Dallas TX 75265

Village of Dolton
Attn: Bankruptcy Department
14122 Chicago Rd.
Dolton IL 60419

Village of Glenwood

3348 Ridge Road
Lansing IL 60438

Village of Park Forest
Attn: Bankruptcy Dept.
350 Victory Dr.
Park Forest IL 60466

Village of South Chicago Heights

3348 Ridge Rd
Lansing IL 60438

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Case No: | 18-04903 |
| Tara Galloway | ) | | |
| Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Hon. Deborah L. Thorne |

### MOTION TO COMPEL THE CLERK TO ENTER DISCHARGE

NOW COMES the Debtor, Ms. Ann Bunch (the "Debtor"), by and through her attorneys, Geraci Law LLC, to present her **MOTION TO COMPEL THE CLERK TO ENTER DISCHARGE**, and states as follows:

1. The court has jurisdiction over this matter pursuant to 28 U.S.C. 1334 and it is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code on 2/22/2018.

3. Debtor's Chapter 13 Plan, as confirmed on 5/30/2018, provided for payments of $250 per month for 36 months, totaling $9,000, and a minimum dividend to general unsecured creditors of 5% of allowed claims. The plan also provided for Debtor to turn over certain tax refunds, which increased the pot amount to $11,377.

4. The Debtor met this pot amount on 10/12/2021, when the Trustee's balance on hand increased to $11,414.

5. The Trustee last made disbursements to creditors on 11/19/2021.

6. The Trustee's ledger does not indicate that the case is under audit.

7. The Trustee has not responded to the Debtor's counsel's multiple requests for a status report on the case.

8. 11 U.S.C § 1328(a) provides "as soon as practicable after completion by the debtor of all payments under the plan…the court *shall* grant the debtor a discharge."

9. The use of the word "shall" in a statute indicates a command to do something. *Anderson v. Yungkau*, 329 U.S. 482 (1947).

10. The plain language of § 1328(a) commands the Court to issue Debtor a discharge once all payments under the plan have been made.

11. Debtor has executed her required certification regarding DSO. See Exhibit A

WHEREFORE, the Debtor, Ms. Ann Bunch prays that this Court enter an order requiring the Clerk to:

1. Accept her certification regarding DSO,

2. Enter the Debtor's discharge, and

3. Grant such other relief as this Court seems just.

   /s/ Charles F. Kinzer   
Charles F. Kinzer

**Attorneys for the Debtor(s)**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960